UNITED STATES DISTRICT COURT
DISCRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| TERESITA MICHELLE JONES, | ) | Civil Action Number: 0:20-cv-02561-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 25th day of January, 2021, upon consideration of the Defendant's Motion to Remand and any response thereto, it is hereby **ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

January 25, 2021                          Paige J. Gossett
Columbia, South Carolina            UNITED STATES MAGISTRATE JUDGE